Rufus Clark for the use of Thomas McCarthy, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 34,144.

Heard in the third division of this court for the first district at the February term, 1930. Opinion filed December 10, 1930.

Hoyne, O'Connor & Rubinkam, for appellant. Henry M. Porter, DeFrantz R. Williams and Ellis & Westbrooks, for appellee; Richard E. Westbrooks, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

William J. Gagnepain, plaintiff in error, v. Minerva Gagnepain, defendant in error. Gen. No. 34,281.

Heard in the third division of this court for the first district at the April term, 1930. Opinion filed December 10, 1930.

Herman Jacobs, for plaintiff in error. Wm. M. Johnson, for defendant in error.

Mr. Presiding Justice Wilson delivered the opinion of the court.

United Lithuanian Loan & Building Association, defendant in error, v. Justin K. Woicick and Felix Stasewicz, plaintiffs in error. Gen. No. 33,775.

Heard in the third division of this court for the first district at the October term, 1929. Opinion filed December 10, 1930. Rehearing denied January 5, 1931.

Pines, Morse & Stein and John B. Borden, for plaintiffs in error; Clarence T. Morse, of counsel. Charles A. Churan, for defendant in error.

Mr. Justice Friend delivered the opinion of the court.

International Indemnity Company, appellant, v. Joel F. Rosenthal and Emil Rosenthal, appellees. Gen. No. 33,897.

Heard in the third division of this court for the first district at the October term, 1929. Opinion filed December 10, 1930.

Kirkland, Fleming, Green & Martin, for appellant; Weymouth Kirkland, Jay Fred Reeve and William H. Symmes, of counsel. Altheimer & Mayer, for appellees; A. B. Manion, of counsel.

Mr. Justice Friend delivered the opinion of the court.